# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FELIX ALVAREZ,** | ) | **CASE NO. 4:11CV3170** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **LISA HOLLINGSWORTH, (Warden)** | ) | |
| **United States of America,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Petitioner filed a Petition for Writ of Habeas Corpus on October 6, 2011. (Filing No. 1.) Because Petitioner did not pay the filing fee or file an application to proceed in forma pauperis, IT IS THEREFORE ORDERED that:

1. The Clerk of the court shall send Petitioner an AO Form 240 application together with a copy of this order;

2. On or before November 14, 2011, Petitioner shall complete and return the AO Form 240 application to the Clerk or else pay a filing fee of $5.00;

3. If Petitioner does not return the completed form or pay the filing fee by such date, this case will be dismissed without prejudice and without further notice; and

4. The Clerk is directed to set a pro se case management deadline in this case using the following text: November 14, 2011: Petitioner's IFP application or filing fee payment due.

DATED this 13th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.