IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FELIX ALVAREZ,** | CASE NO. 4:11CV3170 |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| **LISA HOLLINGSWORTH, (Warden)** **United States of America,** | |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 16.) On April 5, 2012, Petitioner paid the $455.00 appellate filing fee. Accordingly,

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 16) is denied as moot.

DATED this 11th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.